RECEIVED

JUN 1 7 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

PETER EUGENE HALEY                          DOCKET NO. 13-cv-2742; SEC. P

VERSUS                                      JUDGE TOM STAGG

NATCHITOCHES PARISH DETENTION               MAGISTRATE JUDGE KIRK
CENTER, ET AL.

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record,[1] including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

---

[1] The Report and Recommendation states that the Clerk of Court received a notice of change of address request, asking that plaintiff's mail be sent to a residential address. See Record Document 17 at 6. This statement is incorrect. The notice of change of address contained the address of Caddo Correctional Center. Additionally, the plaintiff notes in his objections to the Report and Recommendation that he is a pretrial detainee and that he did not have charges pending against him in Natchitoches Parish, contrary to statements contained in the Report and Recommendation. However, these inaccuracies do not alter the analysis contained in the Report and Recommendation.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 17th day of June, 2014.

TOM STAGG
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA